IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARVIN RHODEN, Inmate #B31741,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )    **CIVIL NO. 05-228-DRH** |
| | ) |
| **JERRY HELD,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

On April 15, 2005, Plaintiff moved this Court for voluntary dismissal of the action (Doc. 5). Voluntary withdrawal of his complaint is Petitioner's right. *See* Fed. R. Civ. P. 41(a)(1)(i). Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall **CLOSE THIS CASE**.

IT IS SO ORDERED.

DATED: April 29, 2005

　　　　　　　　　　　　　　　　　　　　　　　　/s/   David RHerndon
　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT JUDGE**